**FILED**
IN CLERK'S OFFICE
U.S. District Court E.D.N.Y.
7/21/2021
BROOKLYN OFFICE

DEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. \_\_\_\_-\_\_\_\_\_(\_\_\_\_)

1:21-CR-00379
Judge Kuntz
MJ Pollak

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
          July 21, 2021

                            JACQUELYN M. KASULIS
                            Acting United States Attorney
                            Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201

                By:   */s/ Devon Lash*
                       Devon Lash
                       Assistant United States Attorney
                       (718) 254-6014

cc:   Clerk of the Court